AO 102 (01/09)  Application for a Tracking Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Tracking of<br>*(Identify the person to be tracked or describe<br>the object or property to be used for tracking)*<br>A BLACK 2019 INFINITI QX50 CURRENTLY<br>BEARING NEW HAMPSHIRE LICENSE PLATE<br>5048664 AND VEHICLE IDENTIFICATION NUMBER<br>3PCAJ5M39KF102579 | )<br>)<br>)<br>)<br>)<br>)<br>    Case No.   1:24-mj- 47-01-TSM |

## APPLICATION FOR A TRACKING WARRANT

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of

___21___ U.S.C. § ___841, 846___ . Therefore, in furtherance of a criminal investigation, I request authority to install and use a tracking device or use the tracking capabilities of the property or object described above to determine location.  The application is based on the facts set forth on the attached sheet.

☑ The person, property, or object is located in this district.

☐ The activity in this district relates to domestic or international terrorism.

☐ The person, property, or object is not now located in this district, but will be at the time of execution.

☐ Other:

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

☒ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following vehicle or private property, or both:
A BLACK 2019 INFINITI QX50 CURRENTLY BEARING NEW HAMPSHIRE LICENSE PLATE 5048664 AND VEHICLE IDENTIFICATION NUMBER 3PCAJ5M39KF102579 AND THE PARKING LOT ASSOCIATED WITH 502 WEST RIVER ROAD, #72, HOOKSETT, NH.

☑ Delayed notice of  30  days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Matthew Wagner
*Applicant's signature*

TFO Matthew Wagner, Federal Bureau of Inv.
*Applicant's printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  **Mar 20, 2024**

*Judge's signature*

City and state:   Concord, New Hampshire

Hon. Talesha L. Saint-Marc, U.S. Magistrate Judge
*Printed name and title*